USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OKIMA TODMAN,

                Plaintiff,

v.

DAVIDSON APARTMENTS LLC and
MOSHE PILLER,

                Defendants.

No. 22-CV-3557 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that mediation was unsuccessful in resolving any issue in this FLSA case. Accordingly, it is hereby:

    ORDERED that, by August 30, 2022, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by August 30, 2022, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

If any party seeks an initial conference with the Court, they shall so indicate in the joint letter.

SO ORDERED.

Dated:	August 23, 2022
	New York, New York

_____
Ronnie Abrams
United States District Judge